UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-CV-60174-HUCK-O'SULIVAN

LAWRENCE M. SCLAFANI,

 Plaintiff,

v.

I.C. SYSTEM, INC.,

 Defendant.
_____/

## **ANSWER, AFFIRMATIVE DEFENSES AND JURY DEMAND**

COMES NOW, Defendant, I.C. SYSTEM INC., and responds to Plaintiff's Complaint as follows:

1. Defendant admits that Plaintiff's Complaint seeks damages under the FDCPA, FCCPA, TCPA and the common law tort of intrusion upon seclusion, but Defendant avers that Plaintiff is entitled to no relief thereunder.

2. Admitted.

3. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

4. Admitted.

5. Admitted.

6. Admitted.

7. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

8. Admitted.

9. Admitted.

10. Admitted.

11. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

12. Admitted.

13. Admitted.

14. Admitted.

15. Denied.

16. Admitted that Defendant attempted to place telephone calls to Plaintiff more than once in the same day.

17. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

18. Denied.

19. Denied.

20. Defendant is without sufficient knowledge to admit or deny the veracity of this paragraph and therefore, denies and demands strict proof thereof.

21. Denied.

22. Defendant incorporates its responses to Paragraphs 1 through 21.

23. Admitted.

24. Defendant incorporates its responses to Paragraphs 1 through 21.

25. Admitted.

26. Defendant incorporates its responses to Paragraphs 1 through 21.

27. Admitted that Defendant violated the FCCPA.

28. Defendant incorporates its responses to Paragraphs 1 through 21.

29. Admitted that Defendant violated the FCCPA.

30. Defendant incorporates its responses to Paragraphs 1 through 21.

31. Admit that the FDCPA states what it states, as to all other allegations contained herein, denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Defendant incorporates its responses to Paragraphs 1 through 21.

37. Denied.

38. Defendant incorporates its responses to Paragraphs 1 through 21.

39. Admitted that Plaintiff seeks declaratory relief under the TCPA and FCCPA.

40. Admitted that Plaintiff seeks injunctive relief under the FCCPA.

41. Denied.

42. Admitted that Plaintiff seeks declaratory relief and that Plaintiff is entitled to an Order from this Court enjoining Defendants from engaging in similar conduct, which violated the FCCPA, in the future with regard to the Plaintiff.  More specifically, Defendant admits that the Plaintiff is entitled to an order enjoining Defendant from contacting Plaintiff in the future to collect a debt without disclosing the Defendant's name, the fact that

Defendant is a debt collector, and the purpose of its communication. Otherwise denied.

WHEREFORE, I.C. SYSTEM INC., prays for judgment in its favor dismissing Plaintiff's Complaint.

>
> Respectfully submitted,
>
> ___/s/ Dale T. Golden_____
> DALE T. GOLDEN, ESQUIRE
> **GOLDEN & SCAZ, PLLC**
> 2124 W. Kennedy Blvd.
> Suite A
> Tampa, Florida 33606
> 813-251-5500(p)
> 813-251-3675(f)
> dale.golden@goldenscaz.com
> **Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 25th day of February, 2009.

>
> ___/s/ Dale T. Golden_____
> DALE T. GOLDEN, ESQUIRE