UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-60174-Civ-Huck/O'Sullivan

LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

I.C. SYSTEM, INC.,

    Defendant.
_____/

### ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCLOSURE STATEMENT IN COMPLIANCE WITH FED. R. CIV. P. 7.1

THIS COURT having been presented Plaintiff's Motion to Compel Disclosure Statement in Compliance with Fed. R. Civ. P. 7.1, and being duly advised it is hereupon

ORDERED AND ADJUDGED that said Motion be and the same is hereby GRANTED, Defendant, I.C. System, Inc., shall furnish the Court its Disclosure Statement in Compliance with Fed. R. Civ. P. 7.1 within five days of the Court's Order hereon.

DONE and ORDERED in the Southern District of Florida this 18 day of June, 2009.

John O'Sullivan
UNITED STATES MAGISTRATE JUDGE

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
        Dale T. Golden, Esq., Counsel for Defendant