UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-60174-CIV-O'SULLIVAN

[CONSENT]

LAWRENCE M. SCLAFANI,
    Plaintiff,

v.

I.C. System, Inc.,
    Defendant.

_____/

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

THIS MATTER comes before the Court following a bench trial on October 27, 2009. The parties consented to trial before a United States Magistrate Judge. See Election to Jurisdiction by a United States Magistrate Judge for Trial (DE# 17, 8/6/09). This matter was referred to the undersigned by the Honorable Paul C. Huck in accordance with 28 U.S.C. § 636(b). Id. The Court presided over the trial and reviewed the testimony and exhibits. The parties agreed to the Court announcing its findings of fact and conclusions of law at the conclusion of the trial. Detailed findings of facts and conclusions of law were dictated into the record. In summary, the Court finds:

1.    The defendant made telephone calls to the plaintiff's cellular telephone without the plaintiff's prior express consent.

2.    The telephone calls made by the defendant to the plaintiff's cellular telephone were non-emergency calls.

3.    The defendant made seventy-five (75) telephone calls to the plaintiff's cellular telephone using an automated telephone dialing system in violation of the Telephone Consumer Protection Act (hereinafter "TCPA"), 47 U.S.C. § 227, et

<u>seq</u>.

4.    The defendant did not make any pre-recorded or artificial voice calls to the

plaintiff.

5.    The defendant's violations were not willful or knowing.

6.    Under the TCPA, the plaintiff is entitled to $500 in damages per violation.

7.    Therefore, the plaintiff is entitled to a judgment against the defendant in the

amount of $37,500. The Court will issue a judgment by separate order.

DONE AND ORDERED in Chambers at Miami, Florida this **27th** day of October,

2009.

_____

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record

2