UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-60174-CIV-O'SULLIVAN

[CONSENT]

LAWRENCE M. SCLAFANI,
    Plaintiff,

v.

I.C. System, Inc.,
    Defendant.
_____/

**FINAL JUDGMENT**

THIS CAUSE came on for a bench trial before the Court, and the issues having been duly tried on October 27, 2009, it is:

**ORDERED AND ADJUDGED** as follows:

1. For the reasons expressed in this Court's separate order entered today entitled *Findings of Facts and Conclusions of Law*, Judgment is hereby entered in favor of the plaintiff, Lawrence M. Sclafani, and against the defendant, I.C. System, Inc. The plaintiff shall recover $37,500.00, plus post-judgment interest, for which let execution issue;

2. Any motions for attorney's fees and costs in this action shall be filed pursuant to S.D. Fla. L.R. 7.3. The Court reserves jurisdiction to consider such motions;

3. All pending motions are **DENIED as moot**;

4. The Clerk of the Court shall **CLOSE** this case.

DONE AND ORDERED in Chambers in Miami, Florida, this **27th** day of October, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record