UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60174-CIV-O'SULLIVAN

[CONSENT]

LAWRENCE M. SCLAFANI,

    Plaintiff,

v.

I.C. System, Inc.,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Dissolve Writ of Garnishment and Memorandum of Law (DE# 40, 12/16/09) filed by the defendant. Having reviewed the applicable filings and the law and having held a hearing on January 27, 2010, it is

ORDERED AND ADJUDGED that the Motion to Dissolve Writ of Garnishment and Memorandum of Law (DE# 40, 12/16/09) is **GRANTED**. The plaintiff shall withdraw the garnishment.

DONE AND ORDERED in Chambers at Miami, Florida this **27th** day of January, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record